Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY N MUKASA, *et. al.,*<br><br>Plaintiffs,<br><br>-v-<br><br>MARCO RUBIO, *et al.*,<br><br>Defendants. | Civil Case No. 2:25-cv-00079-MJP<br><br>STIPULATED MOTION AND [~~PROPOSED~~] BRIEFING SCHEDULE SUBSTITUTING DKT. 7 FILED 03/28/2025<br><br>Note for Motion Consideration: April 21, 2025 |

The parties, through counsel of record, hereby present this Court with a proposed schedule for briefing Plaintiff's Motion for Summary Judgment, and Defendants' Cross-Motion to Dismiss. Plaintiffs brought forth the matter herein pursuant to the Administrative Procedure Act and the Mandamus Act, requesting this Court to compel Defendants to complete the administrative appeal process on the DS260 Immigrant Visa Application. The parties disagree as to whether the Court is able to review this decision on Consular Non-Reviewability grounds. Furthermore, Plaintiff asserts that Defendants had a duty to forward the case to the USDOS advisory units for review and decision. Defendants' position is that no such duty exists. Plaintiffs intend to file an amended complaint by April 23, 2025, 90 days from summons service. Defendants reserve their rights to assert additional defenses after reviewing the amended complaint.

The parties request permission, pursuant to LCR 7(f), to file overlength briefs of up to 11,200 words with regard to the Motion to Dismiss or the Motion(s) for Summary Judgment filing. Furthermore, the parties seek to be granted permission to reserve the right to amend the

STIPULATED MOTION FOR
BRIEFING SCHEDULE      - 1
2:25-cv-00079-MJP

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA 98104
(206)624-3787office (206)238-9975fax

schedule referenced herein prior to the filing of either the Motion for Summary Judgment or the Cross-Motion to Dismiss. The parties propose the following briefing schedule:

| **Filing** | **Deadline** |
|---|---|
| Plaintiffs' Amended Complaint | May 7, 2025 |
| Plaintiffs' Motion for Summary Judgment | May 14, 2025 |
| Defendants' Cross-Motion to Dismiss and combined Response to Plaintiffs' Motion for Summary Judgment | June 04, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment and combined Response to Defendants' Cross-Motion to Dismiss | June 18, 2025 |
| Defendants' Reply in Support of the Cross-Motion to Dismiss | June 25, 2025 |

The parties request that the Court enter the above-proposed briefing schedule, permission for overlength briefs, and the right to amend the schedule.

Dated: March 28, 2025

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

STIPULATED MOTION FOR BRIEFING SCHEDULE - 2
2:25-cv-00079-MJP

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA 98104
(206)624-3787office (206)238-9975fax

1  
2  *s/ Bart Klein*
BART KLEIN, WSBA#10909
Law Offices of Bart Klein
605 First Ave., #500
3  Seattle, Washington 98104
Phone: 206-755-5651
4  Email:  bart.klein@bartklein.com
*Attorney for Plaintiffs*

5  
6  *I certify that this memorandum contains 301 words, in compliance with the Local Civil Rules.*

7  

8  

9  

10  

11  

12  

13  

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

STIPULATED MOTION FOR
BRIFING SCHEDULE     - 3
2:25-cv-00079-MJP

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA  98104
(206)624-3787office (206)238-9975fax

# [~~PROPOSED~~] ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. Plaintiffs shall file the amended complaint by May 7, 2025. The parties shall submit their cross-motions pursuant to the following schedule:

| Filing | Deadline |
|---|---|
| Plaintiffs' Amended Complaint | May 7, 2025 |
| Plaintiffs' Motion for Summary Judgment | May 14, 2025 |
| Defendants' Cross-Motion to Dismiss and combined Response to Plaintiffs' Motion for Summary Judgment | June 4, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment and combined Response to Defendants' Cross-Motion to Dismiss | June 18, 2025 |
| Defendants' Reply in Support of the Cross-Motion to Dismiss | June 25, 2025 |

The parties are granted permission, pursuant to LCR 7(f), to file overlength briefs of up to 11,200 words with regard to the Motion to Dismiss or the Motion for Summary Judgment filing. Should the Parties wish to change the briefing schedule, they must move for such relief from the Court and demonstrate good cause.

DATED this 28 day of April, 2025.

*[signature]*

MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION FOR
BRIEFING SCHEDULE          - 4
2:25-cv-00079-MJP

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA  98104
(206)624-3787office (206)238-9975fax